Twelfth court of Appeals,

I pray that this Certificate of service is what you were requesting. My Lawyer Robert Wilson said that all I had to do was sign the motion & send it to you. I pray this is enough. Respectfully submitted


William Potter

Case # 12-17-00201-CR
Trial court case # 23,223-2017
William Potter
    VS.
State of Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 30 2017

TYLER, TEXAS
PAM ESTES, CLERK

## Certificate of Service

I certify that a true and correct copy of the foregoing Appellant's motion for Access to Appellate records was delivered via mail to the states attorney on November 29, 2017 Also to Robert Wilson Appellant's Lawyer.

William Potter



FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 30 2017

TYLER TEXAS
PAM ESTES, CLERK